# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-1468
LT Case No. 2020-DP-001573

———————————————

G.T., FATHER OF E.T., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
Kelly J. McKibben, Judge.

Richard F. Joyce, Special Assistant Regional Counsel, of Office of Criminal Conflict & Civil Regional Counsel, Casselberry, for Appellant.

Kelley Schaeffer, of Department of Children and Families, Bradenton, for Appellee.

Sara E. Goldfarb, Statewide Director of Appeals, and Amanda Glass, Senior Attorney, of Statewide Guardian ad Litem Office, Tallahassee, for the Office of the Guardian ad Litem.

Scarlett G. Davidson, of Culmer & Davidson, P.A., Rockledge, for Foster parent.

December 5, 2023

PER CURIAM.

    AFFIRMED. *See* Florida Rules of Appellate Procedure 9.315(a).

EDWARDS, C.J., JAY, and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____